IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BEVERLY WATSON, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO: 4:09-CV-00881 |
| | § | |
| MARCIS & ASSOCIATES, INC., | § | |
|     Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT**:

**COME NOW**, Plaintiff BEVERLY WATSON ("Plaintiff"), and Defendant MARCIS & ASSOCIATES, INC. ("Defendant"), by and through their attorneys-of-record, and file this Stipulation moving to dismiss with prejudice all claims and causes of action by Plaintiff against Defendant pursuant to Fed. R. Civ. P. 41(a)(1).

The parties respectfully request that the Court approve this Stipulation and dismiss the Plaintiff's claims with prejudice to re-filing same.

WHEREFORE, Plaintiff and Defendant pray that this suit be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**SO ORDERED,**

_____
**UNITED STATES DISTRICT JUDGE NANCY ATLAS**

Dated this _____ day of _____, 2009.

Respectfully submitted,

_____/S/  JOSEPH Y. AHMAD_____
Christopher Leonard
State Bar No. 24035075
The Law Office of Christopher Leonard
6207 Culberson Street
Houston, Texas 77021
Telephone:   713/ 224-3535
Telecopier:   713/ 224-3536
Email:        cleonardrun@gmail.com

Joseph Y. Ahmad
Texas Bar No. 00941100
Ahmad, Zavitsanos & Anaipakos, P.C.
3460 Houston Center
1221 McKinney Street
Houston, Texas 77010
Telephone:   713/ 655-1101
Telecopier:   713/ 655-0062
Email:  joeahmad@azalaw.com

ATTORNEYS FOR PLAINTIFF,
BEVERLY WATSON


_____/S/ IAN SCHARFMAN_____
Ian Scharfman
Texas Bar No. 00788360
3120 Southwest Freeway, Suite 450
Houston, Texas  77098
Telephone: (713) 255-2267
Facsimile:  (713) 255-2270
Email: ian@scharfmanlawfirm.com

Of Counsel:
THE SCHARFMAN LAW FIRM, PLLC

ATTORNEY FOR DEFENDANT,
MARCIS & ASSOCIATES, INC.